## TAYLOR et al. *v.* HOTCHKISS.

A judgment rendered against defendants jointly, and registered in that form, cannot be en-
forced against property, in the hands of a third possessor, as a judgment *in solido*.  *Per
Curiam :*  Mortgages only have effect against third persons as they are registered.  Third
persons are not required to look beyond the register, to ascertain whether the character of
the mortgage differ from that exhibited on the books of the mortgage office.

APPEAL from the District Court of Caddo, *Olcott*, J.  *Crain* and *R. Jones*,
for the appellants.  *Wood* and *Landrum*, for the defendant.  The judg-
ment of the court was pronounced by

TAYLOR
*v.*
HOTCHKISS.

KING, J.   The plaintiffs obtained a judgment against *Green & McNeill*, which they seek to enforce on property owned by *Green* at the date of the judgment, and sold by him to the present defendant, *Hotchkiss*, subsequent to the inscription of the judgment in the mortgage office.   The judgment is joint in its form; but the plaintiffs contend that it should be construed with reference to the allegations of the petition in which the parties were alleged to be jointly and severally liable, and that effect should be given to it against the third possessor as a judgment *in solido*.   Mortgages only produce effect against third persons as they are recorded in the office provided by law for that purpose. Third parties are not required to look beyond the register for the purpose of ascertaining whether the character of a mortgage differs from that exhibited on the books of the mortgage office.   4 Rob. 7.   *Jartroux* v. *Dupeire*, *ante* p. 608. The judgment of the plaintiffs was registered in the form in which it was rendered, which is joint, and only gave notice of an encumbrance upon the property of *Green* for one half of its amount.   Beyond that sum it cannot be enforced on the property of the defendant.

From the evidence it appears that the portion of the judgment for which *Green* appeared by the inscription to be liable, has been satisfied by executions issued against him.                                *Judgment affirmed.*